UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MADERA COUNTY SHERIFF JAIL DIVISION, et al.,<br><br>    Defendants. | No. 1:25-cv-00301-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 9 |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2025, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's case be dismissed, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 9. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days of service. *Id.* at 11. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 27, 2025, Doc. 9, are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 31, 2025

_____
UNITED STATES DISTRICT JUDGE

2